**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TY-IVRY GRAY,<br><br>Plaintiff,<br>vs.<br><br>CHRISTOPHER HOWELL,<br><br>Defendant. | Case No.: 2:24-cv-02412-GMN-MDC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 4), of United States Magistrate Judge Maximiliano D. Couvillier III. The R&R recommends that the case be dismissed because Plaintiff has not paid the filing fee nor filed an application to proceed in forma pauperis. (*See* R&R 1:11–14, ECF No. 4).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed. The R&R originally set an April 30, 2025, deadline for

objections. (*See* R&R, ECF No. 4). After that deadline passed with no objection filed by Plaintiff, the Court ordered that the R&R be mailed to Plaintiff again because it was originally mailed to an incorrect address. (*See* Order, ECF No. 6). The Court also gave Plaintiff an additional month to file an objection to the R&R, setting a new objection deadline of July 21, 2025. (*Id.*). That deadline has now passed, and no objections have been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that this case is **DISMISSED** with prejudice.

The Clerk of Court is kindly directed to close the case.

**DATED** this __4__ day of November, 2026.

Gloria M. Navarro, District Judge
United States District Court